Adilene Flores Estrada # 318690
Law Office of Adilene Flores Estrada
2014 Tulare Street, Suite 210
Fresno, CA, 93721
Telephone: ((209) 843-0090
Adilene@adilenefloreslaw.com

Attorney for RUFINO JOSEPH CERVANTEZ

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>RUFINO JOSEPH CERVANTEZ.,<br><br>　　　　　　Defendant. | Case No.:  1:21-cr-00101-DAD<br><br>**RELEASE ORDER**<br><br>Date: June 6, 2022<br>Honorable Judge Dale A. Drozd |

　　　On June 6, 2022, Mr. Rufino Joseph Cervantez (JID: 7111067), was sentenced to participate in the Teen Challenge Program for a period of 365 days.  (Doc #14, pg. 5).

　　　On Monday, June 13, 2022 at about 8:30am, *Douglas Ghan ( DOB: 02/27/1941),* a chaplain in the Teen Challenge Program, will escort Mr. Rufino Joseph Cervantez from the Fresno County Jail custody to the Teen Challenge Program Campus in Reedley, California (Ext. A).

## **ORDER**

　　　IT IS SO ORDERED, that MR. RUFINO JOSEPH CERVANTEZ be released to a Teen Challenge agent, Mr. Douglas Ghan, on Monday, June 13, 2022 at 8:30 a.m.

IT IS SO ORDERED.

　　Dated:   **June 6, 2022**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE