Adilene Flores Estrada # 318690
Law Office of Adilene Flores Estrada
2014 Tulare Street, Suite 210
Fresno, CA, 93721
Telephone: (209) 843-0090
Adilene@adilenefloreslaw.com

Attorney for RUFINO JOSEPH CERVANTES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:21-CR-00101-TLN-1 |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO TERMINATE CJA APPOINTMENT OF ADILENE FLORES ESTRADA AS ATTORNEY OF RECORD AND ORDER** |
| RUFINO JOSEPH CERVANTEZ, | |
| Defendant. | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

Defendant Rufino Joseph Cervantez was transferred from the District of Utah, re Probation 22. On May 18, 2022, CJA Panel Attorney Adilene Flores Estrada was appointed as trial counsel to represent Mr. Cervantez. On May 31, 2022, Mr. Cervantez was sentenced Pursuant to a plea agreement. On June 5, 2024, Attorney Adilene Flores Estrada was terminated with new attorney counsel Eric Vincent Kersten added to the case. The time for filing a direct appeal has passed. No direct appeal was filed. Mr. Cervantez was in custody at sentencing. Having completed her representation of Mr. Cervantez, CJA attorney Adilene Flores Estrada now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Cervantez require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated:    June 3, 2025                Respectfully submitted,

/s/Adilene Flores Estrada
Adilene Flores Estrada Attorney for
Defendant, Rufino Joseph Cervantez

## ORDER

Having reviewed the notice and found that Adilene Flores Estrada has completed the services for which he was appointed, the Court hereby grants Flores's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Rufino Joseph Cervantez at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Rufino Joseph Cervantez

Registration number: 25992-081
FCI FAIRTON
655 FAIRTON-MILLVILLE ROAD
FAIRTON, NJ  08320

**IT IS SO ORDERED**.

DATED: June 4, 2025

Troy L. Nunley
Chief United States District Judge